U.S. DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| REINALDO N. LAZO, | ) | 8:04-CV-00082 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| vs. | ) | |
| | ) | |
| DORAMAR HOTELS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER COMING ON BEFORE THE COURT** on the stipulation of the parties for dismissal of the above-captioned matter with prejudice, each party to pay their own costs, complete record waived, previously filed electronically (Doc. #27).

The Court, being fully apprised in the premises, finds that such order should be issued.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the above-captioned matter should be, and hereby is, dismissed with prejudice, each party to pay their own costs.

**DATED** this 24th day of May, 2005.

By the Court:

s/ Joseph F. Bataillon
**Joseph F. Bataillon**
**United States District Judge**

**PREPARED AND SUBMITTED BY:**

s/ Brian D. Nolan
NOLAN, OLSON, HANSEN &
LAUTENBAUGH, LLP
The Exchange Building
1905 Harney Street, Suite 800
Omaha, NE 68102
(402) 342-6233
Brian D. Nolan, #17764
Douglas R. Novotny, #22703


APPROVED AS TO FORM AND CONTENT:

s/ James E. Schaefer
James E. Schaefer, #13667
GALLUP & SCHAEFER
1001 Farnam Street
Omaha, NE 68102